## John Ball v. Charles H. Stewart and others,
### AND
## Bernard Courtney v. John Ball.

*Heard April 14th and 20th. Decided May 1st.*

Appeal from Kent Circuit in Chancery.

This case was heard on the original bill and cross-bill. The question involved was as to the priority of a certain mortgage of complainant's, according to the order of registry.

The decree of the Circuit Court below was affirmed, with costs. MARTIN CH. J. dissented.

No questions of law being involved, the opinion is not published.

*G. V. N. Lothrop* and *T. B. Church*, for complainant.

*T. Romeyn* and *George Gray*, for defendant.